IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **JAMES GARCIA, On Behalf of HIMSELF and All Others Similarly Situated,** | )<br>)<br>) |
| *Plaintiffs,* | )  **CIVIL ACTION FILE**<br>)<br>)  **CASE NO. 3:18-cv-00136-CDL** |
| v. | ) |
| **ATHENA CAPITAL, LLC d/b/a JOHNNY'S PIZZA,** | )<br>) |
| *Defendant.* | )<br>) |

**[PROPOSED] ORDER APPROVING SETTLEMENT**

This matter is before the Court on the Joint Motion for Approval of the Parties' Settlement Agreement. For good cause shown, the Joint Motion is GRANTED. The Court herby APPROVES the parties' settlement as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act.

It is so ORDERED.

Entered this _____ day of May, 2019.

_____
The Honorable Clay D. Land
UNITED STATES DISTRICT JUDGE