**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **JAMES GARCIA, On Behalf of HIMSELF and All Others Similarly Situated,** | )<br>)<br>)<br>) |
| *Plaintiffs,* | ) **CIVIL ACTION FILE**<br>)<br>) **CASE NO. 3:18-cv-00136-CDL** |
| v. | )<br>) |
| **ATHENA CAPITAL, LLC d/b/a JOHNNY'S PIZZA,** | )<br>)<br>) |
| *Defendant.* | )<br>)<br>) |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on the Joint Motion for Approval of the Parties' Settlement Agreement. For good cause shown, the Joint Motion is GRANTED. The Court herby APPROVES the parties' settlement as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act.

It is so ORDERED.

Entered this 23rd day of May, 2019.

S/Clay D. Land
_____
The Honorable Clay D. Land
UNITED STATES DISTRICT JUDGE